**HOWIE & SMITH, L.L.P.**

ATTORNEYS AT LAW
1777 BOREL PLACE, SUITE 1000
SAN MATEO, CA 94402-3509
TEL: (650) 685-9300
FAX: (650) 212-0842

ROBERT G. HOWIE, SBN 057361
AUDREY SMITH, SBN 180836
ATTORNEYS FOR PLAINTIFFS KATHERINE MILTON, INDIVIDUALLY AND AS TRUSTEE FOR THE KATHERINE VASSER CROMMELIN MILTON LIVING TRUST; JOHN G. CROMMELIN IV, INDIVIDUALLY; RANDALL TURNER INDIVIDUALLY AND AS TRUSTEE FOR THE LILLIAN B. CROMMELIN, JAMES HAMPTON GOING & JAMES MERRITT REED JR. DESCENDANTS' TRUSTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE MILTON, individually and as TRUSTEE FOR THE KATHERINE VASSER CROMMELIN MILTON LIVING TRUST; JOHN G. CROMMELIN IV, individually; RANDALL TURNER, individually and as TRUSTEE FOR THE LILLIAN B. CROMMELIN, JAMES HAMPTON GOING & JAMES MERRITT REED JR., DESCENDANTS' TRUSTS<br><br>Plaintiffs,<br><br>v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:16-CV-04604-DMR<br><br>**PLAINTIFFS REQUEST AND** [PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br><br><br><br><br><br><br><br>Case Filed: July 13, 2016 |

Plaintiffs have agreed to settlement, and performance of the terms of the settlement has been accomplished, the parties have agreed to bear their own costs and attorneys fees, there are no cross-actions in the matter.

The plaintiffs therefore request entry of a dismissal order with prejudice.

//

1

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is

2    true and correct.

3    Executed in San Mateo California, County of San Mateo on March 10, 2017.

4                                                    **HOWIE & SMITH, L.L.P.**

5                                    By:   */s/Robert G. Howie*
                                          Robert G. Howie, Esq. Attorney for Plaintiff
6                                         KATHERINE MILTON, individually and as
                                          TRUSTEE FOR THE KATHERINE VASSER
7                                         CROMMELIN MILTON LIVING TRUST;
                                          JOHN G. CROMMELIN IV, individually,
8                                         RANDALL TURNER, individually and as
                                          TRUSTEE FOR THE LILLIAN B.
9                                         CROMMELIN JAMES HAMPTON GOING &
                                          JAMES MERRITT REED JR. DESCENDANTS'
10                                        TRUSTS

11                           [Proposed] **ORDER OF DISMISSAL**

12        Plaintiffs have agreed to settlement, and performance of the terms of the settlement have been

13   accomplished, the parties have agreed to bear their own costs and attorneys fees, there are no cross-

14   actions in the matter.

15   On request of the plaintiffs for entry of a dismissal with prejudice, and for good cause shown:

16        IT IS HEREBY ORDERED that the action be and is dismissed with prejudice.

17

18   Dated: March 13, 2017

19                                                  _____
                                                    THE HONORABLE DONNA M. RYU,
20                                                  MAGISTRATE JUDGE OF THE UNITED STATES
                                                    DISTRICT COURT FOR THE NORTHERN DISTRICT
21                                                  OF CALIFORNIA

22

23

24

25

26

27
                                                    2
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on March 10, 2017 on counsel of record in compliance with Federal Rule 5, Local Rule 5-6, by use of the Court's ECF system.

                                          */s/ Robert G. Howie*
                                          Robert G. Howie, Esq.

---

3

**PLAINTIFFS REQUEST AND** ~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE**